UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| AVRAHAM EISENBERG,<br><br>        Plaintiff,<br><br>v.<br><br>NUMERIS LTD., SASHA IVANOV, AND DOES 1-10,<br><br>        Defendants. | Civil Action No. 3:22-cv-01325-ADC |

## PLAINTIFF'S MOTION FOR ISSUANCE OF SUMMONS

TO THE CLERK OF THE COURT:

Plaintiff, AVRAHAM EISENBERG, requests that the attached summons be issued for Defendant SASHA IVANOV.

Dated: August 30, 2022

Respectfully submitted,

**Dunlap Bennett & Ludwig PLLC**

By: s/ Cortland C. Putbrese
Cortland C. Putbrese
Puerto Rico Federal Bar No. 305708
8003 Franklin Farms Dr., Suite 220
Richmond, Virginia 23229
Tel. 804.977.2688
Fax 804.977.2680
cputbrese@dbllawyers.com

**Creedon PLLC**

James H. Creedon
Texas Bar No. 24092299
Christian Cowart
Texas Bar No. 24105748
Charles A. Wallace
Texas Bar No. 24110501
5 Cowboys Way, Suite 300
Frisco, Texas 75034

        Tel. 972.850.6864
        Fax 972.920.3290
        jhcreedon@creedon.com
        cwallace@creedon.com
        ccowart@creedon.com

**Johnson Friedman Law Group, PLLC**

Samuel H. Johnson
Texas Bar No. 24065507
7161 Bishop Road, Suite 220
Plano, TX 75024
Tel. 214.382.0300
Fax 214.466.2481
sam@jfbusinesslaw.com

ATTORNEYS FOR PLAINTIFF
AVRAHAM EISENBERG

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

        By: s/ Cortland C. Putbrese
        Cortland C. Putbrese

## CERTIFICATE OF CONFERENCE

No defendant has appeared yet in this case, and therefore, pursuant to Local Rule 7.1b, undersigned counsel states that he is unable to meet and confer with the defendants and unable to state whether this motion is opposed.

        By: s/ Cortland C. Putbrese
        Cortland C. Putbrese