UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| AVRAHAM EISENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>NUMERIS LTD.; SASHA IVANOV; and DOES 1-10,<br><br>    Defendants. | Civil Action No. 3:22-cv-01325 |

## PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENA

Plaintiff Avraham Eisenberg respectfully requests that the Clerk issue the subpoena directed to NameCheap, Inc. pursuant to Federal Rule of Civil Procedure 45(a)(3) and in accordance with the Court's Order [ECF No. 9]. In support, Eisenberg respectfully shows the Court as follows:

The subpoena directed to NameCheap, Inc. is attached as Exhibit 1. This subpoena seeks limited information relevant for Plaintiff to identify the unnamed defendants referenced in the Complaint. Specifically, the identify of the individual(s) operating the vires.finance website based on the information provided to NameCheap to register this domain name. Because this subpoena requests information that is narrowly tailored to obtain the identities of the unnamed defendants, Plaintiff respectfully requests that the Court permit the clerk to issue this subpoena.

## CONCLUSION

For these reasons, Plaintiff Eisenberg respectfully requests that this Court grant this Motion by ordering that the Clerk issue the attached subpoena directed to NameCheap, Inc.

Dated:   September 21, 2022                Respectfully,

_____
**JAMES H. CREEDON** (*Pro Hac Vice*)
Texas Bar No. 24092299
jhcreedon@creedon.com
**CHRISTIAN COWART** (*Pro Hac Vice*)
Texas Bar No. 24105748
ccowart@creedon.com
**CREEDON PLLC**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
Tel:   (972) 850-6864
Fax:   (972) 920-3290

**CORTLAND C. PUTBRESE**
Puerto Rico Federal Bar No. 305708
cputbrese@dbllawys.com
**DUNLAP BENNETT & LUDWIG PLLC**
8003 Franklin Farms Dr., Suite 220
Richmond, Virginia 23229
Tel:   (804) 977-2688
Fax:   (804) 977-2680

**SAMUEL H. JOHNSON** (*Pro Hac Vice*)
Texas Bar No. 24065507
sam@jfbusinesslaw.com
**JOHNSON FRIEDMAN LAW GROUP, PLLC**
7161 Bishop Road, Suite 220
Plano, Texas 75024
Tel:   (214) 382-0300
Fax:   (214) 466-2481

**COUNSEL FOR PLAINTIFF**
**AVRAHAM EISENBERG**

CERTIFICATE OF SERVICE

    I certify that, on September 21, 2022, the foregoing document has been filed with the Clerk via the Court's CM/ECF system and served on all counsel of record who are deemed to have consented to electronic service via the Court's NEF system or the registered users' e-mail accounts per Rule 5(b) and LR 5(b).

_____
CHRISTIAN COWART