# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| **Avraham Eisenberg** <br> *Plaintiff* <br><br> v. <br><br> **Numeris Ltd.; Sasha lvanov; and DOES 1-10** <br> *Defendant* | Civil Action No. 3:22-cv-01325-CVR |

## AFFIDAVIT OF SERVICE

I, J Lee Vause, Jr., being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Corbital LLC in Leon County, FL on March 1, 2023 at 11:59 am at Telos Legal Corp., 155 Office Plaza Drive, Tallahassee, FL 32301 by leaving the following documents with Mary Duncan who as Clerk at Telos Legal Corp is authorized by appointment or by law to receive service of process for Corbital LLC.

Summons
Plaintiff's Original Complaint

Additional Description:
I delivered the documents to Mary Duncan, clerk for Registered Agent Telos Legal Corp.

White Female, est. age 35, glasses: N, Blonde hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.4432652,-84.2594503
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Leon County</u>, <u>FL</u> on <u>3/7/2023</u>. | /s/ *J Lee Vause, Jr.* <br> Signature <br> J Lee Vause, Jr. <br> (850) 510-2797 |

# Exhibit 1

Exhibit 1a)

