AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Avraham Eisenberg )<br>*Plaintiff* )<br>v. )<br>Numeris Ltd. et al )<br>*Defendant* ) | Case No. 22 Cv. 1325 (GMM) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America - Intervenor.

Date: 3/21/2024

*Attorney's signature*

Tian Huang, NY
*Printed name and bar number*

1400 New York Avenue NW
Washington, DC 20005

*Address*

tian.huang@usdoj.gov
*E-mail address*

(202) 598-2523
*Telephone number*

*FAX number*