UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

AVRAHAM EISENBERG,

       Plaintiff,

    v.

NUMERIS LTD.; SASHA IVANOV; and
DOES 1-10,

       Defendants.

Civil Action No. 3:22-cv-01325

## MOTION TO WITHDRAW AS COUNSEL

Christian Cowart respectfully moves the Court for an order permitting him to withdraw as an attorney for Plaintiff Avraham Eisenberg in this action pursuant to Local Civil Rule 83D(b). Around August 2023, Christian Cowart left Creedon PLLC and began working at Bell Nunnally & Martin LLP. Accordingly, James Creedon of Creedon PLLC and Cortland Putbrese of Dunlap Bennett & Ludwig PLLC will continue to represent Plaintiff in this matter. The withdrawal will not affect any deadlines.

For these reasons, the undersigned respectfully requests this motion to be granted and Christian Cowart to be withdrawn as counsel of record for Plaintiff.

Dated:   March 21, 2024                    Respectfully,

**CHRISTIAN COWART**
Texas Bar No. 24105748 (*Pro Hac Vice*)
ccowart@bellnunnally.com

**BELL NUNNALLY & MARTIN LLP**
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Telephone:    (214) 740-1400
Fax:              (214) 740-1499

**COUNSEL FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that, on March 21, 2024, the foregoing document has been filed with the Clerk via the Court's CM/ECF system and served on all counsel of record who are deemed to have consented to electronic service via the Court's NEF system or the registered users' e-mail accounts per Rule 5(b) and LR 5(b).

**CHRISTIAN COWART**