UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

A<small>VRAHAM</small> E<small>ISENBERG</small>,

        Plaintiff,

  v.

N<small>UMERIS</small> L<small>TD</small>.; S<small>ASHA</small> I<small>VANOV</small>; and DOES 1-10,

        Defendants.

Civil Action No. 3:22-cv-01325

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Avraham Eisenberg requests entry of default against Defendant Corbital LLC ("Corbital") for failure to plead or otherwise defend, and states:

1. On March 1, 2023, Plaintiff served Corbital with a copy of the Summons and Plaintiff's Original Complaint. (Dkt. 40.)

2. Corbital was required to answer or otherwise respond to Plaintiff's complaint by no later than March 22, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint[.]").

3. To date, Corbital has failed to plead or otherwise defend in response to Plaintiff's claims against it in the Complaint. Thus, Corbital is in default. Fed. R. Civ. P. 55(a).

4. Rule 55(a) provides that because Corbital "has failed to plead or otherwise defend, . . . the clerk must enter [Corbital]'s default." *Id.*

WHEREFORE, Plaintiff respectfully requests entry of default against Defendant Corbital LLC pursuant to Federal Rule of Civil Procedure 55(a). Upon said entry of default, Plaintiff

1

intends to move for default judgment against Corbital LLC.

Dated: June 20, 2024            RESPECTFULLY SUBMITTED,

**Dunlap Bennett & Ludwig PLLC**

By: s/ Cortland C. Putbrese
Cortland C. Putbrese
Puerto Rico Federal Bar No. 305708
6802 Paragon Place, Suite 410
Richmond, Virginia 23230
Tel.    804.977.2688
Fax    804.977.2680
cputbrese@dbllawyers.com

**Scale LLP**

James H. Creedon, *pro hac vice*
Texas Bar No. 24092299
5473 Blair Road, Suite 100
Dallas, Texas 75231
Tel.    972.850.6864
Fax    972.920.3290
jcreedon@scalefirm.com

ATTORNEYS FOR PLAINTIFF
AVRAHAM EISENBERG

## Certificate of Service

I certify that on June 20, 2024, the foregoing document has been filed with the Clerk via the Court's CM/ECF system and served on all counsel of record who are deemed to have consented to electronic service. I further hereby certify that I have mailed by United States Postal Service the foregoing to Corbital LLC's registered agent at:

    Telos Legal Corp.
    155 Office Plaza Drive
    Tallahassee, FL 32301

By: s/ Cortland C. Putbrese
Cortland C. Putbrese
Puerto Rico Federal Bar No. 305708
Dunlap Bennett & Ludwig PLLC

2

6802 Paragon Place, Suite 410  
Richmond, Virginia 23230  
Tel.    804.977.2688  
Fax    804.977.2680  
cputbrese@dbllawyers.com