UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| AVRAHAM EISENBERG,<br><br>           Plaintiff,<br><br>      v.<br><br>NUMERIS LTD.; SASHA IVANOV; and DOES 1-10,<br><br>           Defendants. | Civil Action No. 3:22-cv-01325 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Avraham Eisenberg hereby voluntarily dismisses all claims against Defendant Corbital LLC without prejudice.[1]

Dated: July 11, 2024

RESPECTFULLY SUBMITTED,

**Dunlap Bennett & Ludwig PLLC**

By: s/ Cortland C. Putbrese
Cortland C. Putbrese
Puerto Rico Federal Bar No. 305708
6802 Paragon Place, Suite 410
Richmond, Virginia 23230
Tel.    804.977.2688
Fax    804.977.2680
cputbrese@dbllawyers.com

**Scale LLP**

James H. Creedon, *pro hac vice*
Texas Bar No. 24092299

---

[1] Because this dismissal moots Plaintiff's pending Motion for Entry of Default against Defendant Corbital LLC, Plaintiff believes that the additional briefing on that motion required by the Court in its Order of July 1, 2024 (Dkt. 57) is no longer required.

1

5473 Blair Road, Suite 100
Dallas, Texas 75231
Tel.    972.850.6864
Fax    972.920.3290
jcreedon@scalefirm.com

**ATTORNEYS FOR PLAINTIFF
AVRAHAM EISENBERG**

## Certificate of Service

      I certify that on July 11, 2024, the foregoing document has been filed with the Clerk via the Court's CM/ECF system and served on all counsel of record who are deemed to have consented to electronic service. I further hereby certify that I have mailed by United States Postal Service the foregoing to Corbital LLC's registered agent at:

Telos Legal Corp.
155 Office Plaza Drive
Tallahassee, FL 32301

      By: s/ Cortland C. Putbrese
Cortland C. Putbrese
Puerto Rico Federal Bar No. 305708
Dunlap Bennett & Ludwig PLLC
6802 Paragon Place, Suite 410
Richmond, Virginia 23230
Tel.    804.977.2688
Fax    804.977.2680
cputbrese@dbllawyers.com