IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Avraham Eisenberg,<br><br>Plaintiff,<br><br>v.<br><br>Numeris Ltd. Et al.<br><br>Defendants. | **Civil No. 22-1325(GMM)** |

**JUDGMENT**

Pursuant to the Orders entered at Docket Nos. 56, 60 and 62, the Court DISMISSED WITHOUT PREJUDICE Plaintiff's Claims against Co-Defendants Numeris Ltd., Sasha Ivanov, and Corbital LLC. Accordingly, Judgment is hereby entered DISMISSING this case WITHOUT PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, July 12, 2024.

s/Gina R. Méndez-Miró<br>
GINA R. MÉNDEZ-MIRÓ<br>
UNITED STATES DISTRICT JUDGE